**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601

------------------------------------X
Trustees of the District Council 9
Painting Industry Insurance and
Annuity Funds

                Plaintiffs,           NOTICE OF ASSIGNMENT

         -V-                     07-cv-6440 (KMK)(GAY)

Riscica

                Defendants.
------------------------------------X

    Pursuant to the memorandum of the Case Processing Assistant the above entitled action is assigned to the calendar of

              HON. Kenneth M. Karas

    All future documents submitted in this action shall bear the assigned judge's initials after the case number. If this case is assigned to the Electronic Case Filing (ECF) system, documents must be submitted electronically, and shall also bear the notation "ECF CASE" under the docket number.

    The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Assignment on all defendants.

                              J. Michael McMahon, CLERK

                    by: _____
                                 Deputy Clerk

DATE: 8/6/07

DESIGNATED TO MAGISTRATE JUDGE: George A. Yanthis
CC: Attorneys of Record
WP ASSIGNMENT FORM

Data Quality Control                                            Revised: September 9, 2004
I:FORMS\ASSIGN\ASSIG.WPD