Trans #: 10641117
Index #: 6440 CIV 07
Filed: NO   Court Date: / /
Mortg #:   FD 7/16/07

# U.S. DISTRICT COURT OF THE STATE OF NEW YORK

COUNTY OF SOUTHERN

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING INDUSTRY INSURANCE & ANNUITY FUNDS

Petitioner(s) / Plaintiff(s)

vs

LAWRENCE RISCICA ET AL

Defendant(s) / Respondent(s)

WESTCHESTER COURT SERVICE
P.O. BOX 352
TARRYTOWN, NY 10591

STATE OF NEW YORK: COUNTY OF NASSAU : ss:

BASSAM SHATARA, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 29, XX2007 04:02 PM, at 8 REVER CT, BETHPAGE, NY 11714 deponent served the within SUMS IN CIVIL ACTN/CMPLNT/RULE 7.1/INDEX#&DT on LAWRENCE RISCICA DBA COMPLETE CREATIONS CORPORAION defendant therein named.

**INDIVIDUAL** ☐ 1
By Personally delivering to and leaving with said _____ a true copy thereof, and that he knew the person so served to be the person mentioned and described in said _____
☐ Defendant was identified by self admission and by the photograph furnished.

**CORPORATION** ☐ 2
By delivering to and leaving with _____ at _____, NY, and that he knew the person so served to be the managing/authorized agent of the corporation, and said person stated that he was authorized to accept service on behalf of the corporation.

Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:

**SUITABLE AGE PERSON** ☒ 3
By delivering a true copy thereof to and leaving with ZACK RISCICA – SON, a person of suitable age and discretion at 8 REVER CT, BETHPAGE, NY 11714, NY, the said premises being the defendants – respondents (dwelling place) (usual place of abode) ~~(place of business)~~ within the State of New York.

**AFFIXING TO DOOR, ETC.** ☐ 4
8/30 SVD TOLD ERIN
By affixing a true copy thereof to the door of said premises, the same being the defendant's (dwelling place) (usual place of abode) (place of business) within the State of New York.

**MAILING Use with 3 or 4** ☒ 5
Deponent completed service under the last two sections by depositing a copy of the SUMS IN CIVIL ACTN/CMPLNT/RULE 7.1/INDEX#&DT in a postpaid, properly addressed plain envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York, on August 29, XX2007 to the above address

**PREVIOUS ATTEMPTS Use with 4** ☐ 6
Deponent had previously attempted to serve the above named defendant/respondent.

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT OR PERSON SPOKEN TO CONFIRMING NON MILITARY STATUS OF DEFENDANT IS AS FOLLOWS:
Approximate age 16-20   Approximate weight 100-130   Approximate height 5'0"-5'3"   Sex M
Color of skin WHITE   Color of hair BLONDE   Other _____

☒ Spoke with ZACK RISCICA 8/29/07 who confirmed non-military status of defendant. Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not. Your deponent further says that he knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Sworn to before me this 8/31/07

DIANNE JUSTICE
Notary Public, State of New York
No. 01JU5048773
Qualified in Nassau County
Commission Expires August 28,

BASSAM SHATARA, Lic. # 1128955

Interboro Attorney Service Corporation
2132 WANTAGH AVE. • P.O. BOX 1200 • WANTAGH, N.Y. 11793 • 516/221-2000