UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

TRUSTEES OF THE DISTRICT COUNCIL
OF PAINTING INDUSTRY INSURANCE
AND ANNUITY FUNDS,

                Plaintiffs,

-against-

LAWRENCE RISCICA d/b/a COMPLETE
CREATIONS CORPORATION,

                Defendants.
----------------------------------------x


RECEIVED SEP 24 2007 USDC-WP-SDNY

Civil Action No.

07 CIV 6440 KMK

**STIPULATION**
Extending Time To Answer

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the date on which Defendant, Lawrence Riscica d/b/a Complete Creations Corporation, shall move, answer or otherwise respond to the Complaint is extended through and including October 31, 2007.

Dated: Nassau County, New York

    September 14, 2007

_____
BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC
Dana L. Henke (DLH3025)
Attorneys for Plaintiffs
258 Saw Mill River Rd.
Elmsford NY 10523
(914) 592-1515

SO ORDERED:

_____
Hon.
United States District Judge

_____
LAW OFFICES OF ERWIN POPKIN
Erwin Popkin (EP5000)
500 N Broadway Ste 101
Jericho NY 11753
(516) 433-7726
Attorneys for Defendants

September 26, 2007
White Plains, NY

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____