# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

3 Surrey Lane
Hempstead, New York 11550
(516) 483-2990
Fax: (516) 483-0566

258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515
Fax: (914) 592-3213

111 Broadway
Trinity Centre
Suite 1405
New York, New York 10006
(212) 943-9080
Fax: (212) 943-9082

November 29, 2007

<u>FACSIMILE (914) 390-4152 & ECF</u>
Honorable Judge Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:    <u>Trustees of District Council 9 et. al. v. Lawrence Riscica d/b/a Complete Creations Corp.</u>
            Docket No. 07 CIV 6440 (KMK)

Dear Honorable Judge Karas:

    This office represents the plaintiffs in the above matter. This letter makes reference to the status of the case.

    This matter involves the enforcement of a Collective Bargaining Agreement, more specifically, the collection of contributions found due and owing pursuant to an audit. The parties have settled the matter. In fact, 50% of the total amount of the settlement has been paid and the balance is due the first week of January 2008. Accordingly, upon the final payment being remitted in January 2008 we will immediately file a voluntary notice of discontinuance with the Court.

    Thank you for your assistance and courtesies.

                                 Sincerely,

                                 Dana L. Henke (DLH3025)

cc:  Erwin Popkin, Esq.
      Attorney for the defendant